IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAN CLINTON CHILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO 1:19-cv-16-TFM-B |
| | ) |
| KENNETH J. BRAITHWAITE, | ) |
| Secretary, Department of the Navy, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On October 23, 2020, the Magistrate Judge entered a report and recommendation which recommends Defendant's Motion to Dismiss (Doc. 28) be granted in part and denied in part. *See* Doc. 33. Plaintiff timely filed objections. *See* Doc. 34. Defendant did not object. The Court has reviewed the report and recommendation, objections, and conducted a de novo review of the case file. For the reasons discussed below, the objections are **OVERRULED** and the Report and Recommendation is **ADOPTED**.

In his objections, Plaintiff states that his complaint contained a typographical error when it stated 2017 vice 2018. Doc. 34 at 1-2. The Court appreciates the correction, but it does not change the analysis on the statute of limitations as to Count One. Plaintiff indicates that mailing should be enough to be considered timely, but does not provide any caselaw to support his assertion or to refute the binding caselaw cited by the Magistrate Judge. The filing of the complaint occurs once the papers are received by the clerk, not the date it was put in the mail. Therefore the objections are overruled.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which

objection is made, it is **ORDERED** as follows:

    (1)  Plaintiff's objections (Doc. 34) are **OVERRULED**;

    (2)  The Report and Recommendation (Doc. 34) is **ADOPTED** as the opinion of the Court;

    (3)  Defendant's motion to dismiss (Doc. 28) is **GRANTED in part** and **DENIED in part**. The motion is **granted** as to Count One and Count Three and **denied** as to Count Two. Therefore, Chilson's claims under the Rehabilitation Act claim and for violation of the merit system principles are dismissed with prejudice. Chilson's claim under the Privacy Act claim is the sole claim to remain.

It is further **ORDERED** that this case is **REFERRED BACK** to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) for additional proceedings by order or recommendation as appropriate.

**DONE** and **ORDERED** this 10th day of December, 2020.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES DISTRICT JUDGE