IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAN CLINTON CHILSON )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CARLOS DEL TORO, Secretary, )<br>Department of the Navy, )<br>)<br>    Defendant. ) | CIV. ACT. NO. 1:19-cv-16-TFM-B |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of December, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE